FILED 20 SEP '17 16:43 USDC-ORE

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:17-CR-346-AA |
| v. | INDICTMENT |
| ROMAN SERRANO, | 18 U.S.C. §§ 922(g)(1), 924(e) |
| Defendant. | Forfeiture Allegation |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Felon in Possession of a Firearm)**
**(18 U.S.C. §§ 922(g)(1), 924(e))**

On or about May 9, 2017 in the District of Oregon, defendant **ROMAN SERRANO**, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Unlawful Use of a Weapon, in the Circuit Court of the State of Oregon for Jefferson County, Case No. 14CR18497, on or about April 9, 2015;

(2) Unlawful Delivery of a Schedule II Controlled Substance, in the Circuit Court of the State of Oregon for Deschutes County, Case No. 04FE1563ST, on or about December 19, 2005; and

Revised 03/2017

(3) Unlawful Use of a Weapon, in the Circuit Court of the State of Oregon for Jefferson County, Case No. 01FE0221, on or about January 10, 2002,

did knowingly and unlawfully possess the following firearm: a Walther, Model P22 handgun, which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in that offense, including without limitation: a Walther, Model P22 handgun.

Dated this 20 day of September, 2017.

A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

GAVIN W. BRUCE
Assistant United States Attorney

INDICTMENT                                                                                                    Page 2